IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DARRELL SANFORD PRINCE | : | CIVIL ACTION |
| | : | |
| v. | : | No. 25-0137 |
| | : | |
| UNITED STATES OF AMERICA | : | |

## **ORDER**

AND NOW, this 22nd day of January, 2025, upon consideration of Plaintiff Darrell Sanford Prince's Motion to Proceed *In Forma Pauperis* (ECF No. 1), *pro se* Complaint (ECF No. 2), and Motion for 3 Judge Panel (ECF No. 3), it is ORDERED that:

1. Leave to proceed *in forma pauperis* is GRANTED pursuant to 28 U.S.C. § 1915.

2. The Complaint is DEEMED filed.

3. The Complaint is DISMISSED WITHOUT PREJUDICE for lack of standing for the reasons in the Court's Memorandum. Prince is not given leave to amend.

4. The Motion for 3 Judge Panel is DENIED.

5. The Court certifies that any appeal from this Order is not taken in good faith. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24(a)(3)(A).

6. The Clerk of Court is DIRECTED to mark this case CLOSED.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.